# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:18CR650 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| -vs- | : | |
| | : | |
| | : | ORDER PERMITTING VISIT |
| | : | WITH CLIENT |
| DARRYL L. ROLLINS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Upon consideration of defendant's Motion, the Court, orders that defendant Darryl L. Rollins, currently being held at the Geauga County Jail will be examined by Dr. Farshid Afsarifard in the Geauga County Jail at a date and time mutually agreed upon by all parties and that said Motion is hereby granted.

**IT IS SO ORDERED.**

*/s/ Solomon Oliver, Jr.*   4/22/2019
HONORABLE SOLOMON OLIVER, JR.
U.S. District Court Judge