UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:18 CR 650 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL L. ROLLINS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On July 07, 2021, Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation after conducting appropriate proceedings, except for sentencing, regarding the violation report submitted to the court.

The Defendant, represented by Assistant Federal Public Defender Darin Thompson, appeared before Magistrate Judge Greenberg for a violation hearing. The Defendant admitted to Violations 1 and 2 contained in the report dated May 21, 2021. Upon agreement of the parties, and the recommendation of the Probation Officer, Defendant's supervision was continued. Defendant was released from custody on July 8, 2021 to a sober living house facility at the discretion of the Probation Officer.

The court held a sentencing hearing on September 28, 2021, has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has

admitted to Violations 1 and 2 as charged in the violation report. As a result, the court finds that the Defendant has violated the terms of his Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record and hereby adopts the Magistrate's Report and Recommendation, (ECF No. 37), *Nunc Pro Tunc*. Based on this court's review of all relevant factors, the court hereby orders that the Defendant's supervised release be continued, with the added conditions recommended by the Magistrate Judge in his Report and Recommendation. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 30, 2021