UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 650 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL L. ROLLINS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on November 16, 2022, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Darryl L. Rollins was present and represented by Assistant Federal Public Defender Carolyn Kucharski. The United States was represented by Assistant United States Attorney Andrea Isabella. The Pretrial Services and Probation Office was represented by Diana Samad. The court reporter was Heather Newman. The defendant admitted to supervised release violations as set forth on the record, and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision is revoked. Mr. Rollins is committed to the custody of the Bureau of Prisons for a term of 5 months, with credit for time served. No subsequent term of supervised release shall be imposed. Based on Mr. Rollins' revocation with an outstanding restitution balance, Mr. Rollins shall be required to submit payments through the Financial Litigation Program of the U.S. Attorney's Office upon his release from custody until

such time restitution is paid in full. Defendant was advised of his right to appeal.

       IT IS SO ORDERED.

                                               /s/*SOLOMON OLIVER, JR.*
                                             UNITED STATES DISTRICT JUDGE

November 17, 2022